IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE AMERICAN OUTDOORSMAN, INC., ) | |
|         Plaintiff, ) | |
| ) | Civil Action No. 13-443 |
| vs. ) | Chief Magistrate Judge Maureen P. Kelly |
| ) | |
| SHADOW BEVERAGES AND SNACKS, LLC, ) | |
|         Defendant. ) | |

## ORDER

AND NOW, this 19th day of March, 2015,

IT IS HEREBY ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure in favor of Plaintiff The American Outdoorsman, Inc. in the amount of $6,004,240.21, and against Defendant Shadow Beverages and Snacks, LLC.

BY THE COURT:

/s/ Maureen P. Kelly
MAUREEN P. KELLY
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:   All counsel of record via CM/ECF